FILED

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0539

_____

ESTATE OF WILLIAM H. BALTRUSCH,

      Plaintiff and Appellee,

   v.

LASALLE RANCH, INC.,

      Respondent and Appellant.

_____        O R D E R

LASALLE RANCH, INC.,

      Petitioner and Appellant.

   v.

HILL COUNTY JUSTICE COURT,
AUDREY BARGER, PRESIDING JUDGE,

      Respondent and Appellee.

_____

On January 15, 2021, Appellant LaSalle Ranch requested, and this Court entered, an Order providing that the Opening Brief in this matter would be due 30 days after the filing of the District Court transcript. The transcript was filed with this Court on February 25, 2021. Nothing further has been filed, and the opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than May 5, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2021